# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD LANE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 08-4151 |
| JOHN E. POTTER, POSTMASTER GENERAL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of *March*, 2010, upon consideration of Defendant John E. Potter's Motion for Summary Judgment (Docket No. 19), the Response of Plaintiff Donald Lane (Docket No. 21), and Defendant's Reply Brief (Docket No. 23), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.